| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Marie-Ann Greenberg  MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on April 4, 2019 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br>    TSOFIT BIRGER | Case No.:  19-11003<br><br>Hearing Date:  03/28/2019<br><br>Judge:  JOHN K. SHERWOOD |

## ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

DATED: April 4, 2019

_____
Honorable John K. Sherwood
United States Bankruptcy Court

1

Debtor(s):  TSOFIT BIRGER

Case No.:  19-11003JKS

Caption of Order:  Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 03/28/2019 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 3/28/2019 of the plan filed on 01/30/2019, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 04/11/2019 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.