UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

BARRY S. MILLER, ESQ.
1211 Liberty Avenue
Hillside, New Jersey 07205
973-216-7030
973-710-3099 (fax)
bmiller@barrysmilleresq.com

In Re:

TSOFIT BIRGER

Order Filed on May 3, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.:        19-11003

Chapter:            13

Judge:              JKS

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 3, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____2/15/19_____ :

Property:    87 Woodland Park Drive, Tenafly, NJ 07670

Creditor:    Specialized Loan Servicing

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____Barry S. Miller, Esq._____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____6/30/19_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2