| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>_____<br>BARRY S. MILLER, ESQ.<br>1211 Liberty Avenue<br>Hillside, New Jersey 07205<br>973-216-7030<br>973-710-3099 (fax)<br>bmiller@barrysmilleresq.com | **Order Filed on July 9, 2019 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>TSOFIT BIRGER | Case No.: 19-11003<br>Chapter: 13<br>Judge: JKS |

**ORDER RESPECTING REQUEST FOR EXTENSION<br>OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 9, 2019**

_/s/ John K. Sherwood_

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____5/3/19_____ :

Property:      87 Woodland Park Drive, Tenafly, NJ 07670

Creditor:      Specialized Loan Servicing

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____Barry S. Miller, Esq._____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____8/15/19_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2